The Hon. John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. QIXIAN WU,
2. YONG FENG WU, and
3. YONG CONG WU,

Defendants,

and

YAN HONG ZENG,
XIU LAN CAO,
YING LUO, and
QIONG JU LI,

Third-Party Claimants.

NO. CR22-048-JCC

[PROPOSED]

**THIRD CONSOLIDATED
SCHEDULING ORDER FOR
THIRD-PARTY CLAIMS**

THIS MATTER comes before the Court on the Third Stipulated Motion (**Dkt. 128**) for a Consolidated Scheduling Order for Third-Party Claims, filed by the United States, and stipulated to by third-party claimants Yan Hong Zeng, Xiu Lan Cao, Ying Luo, and Qiong Ju Li.

Third Consolidated Scheduling Order for Third-Party Claims - 1
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the pleadings filed in this matter, including the third-party petitions (*see* Dkt. Nos. 92, 112, 113, and 114) and the stipulated motion, hereby FINDS that entry of a third consolidated order setting a discovery schedule and a motions deadline is appropriate in this matter. The Court hereby permits additional time to conduct discovery and entertain motions related to the third-party claims pursuant to Fed. R. Crim. P. 32.2(c)(1), and, to the extent an evidentiary hearing on a third-party claim is required, the Court will conduct that hearing pursuant to 21 U.S.C. § 853(n)(2) & (4)-(6).

NOW, THEREFORE, THE COURT ORDERS:

1.      Pursuant to Fed. R. Crim. P. 32.2(c)(1)(B), the United States and Third-Party Claimants Yan Hong Zeng, Xiu Lan Cao, Ying Luo, and Qiong Ju Li (collectively, the "Parties"), may engage in discovery related to the third-party claims to the preliminarily forfeited property identified in their third-party petitions. The discovery period shall close on April 13, 2026;

2.      The Parties shall file any dispositive motions no later than May 18, 2026; and,

3.      If necessary, an evidentiary hearing will be held at a date and time to be determined.

IT IS SO ORDERED.

DATED this 6th day of January, 2026.

THE HON. JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Third Consolidated Scheduling Order for Third-Party Claims - 2
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Presented by:


  *s/ Jehiel I. Baer*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov



  *s/ Jason E. Anderson*
JASON E. ANDERSON
Attorney for Yan Hong Zeng
Emerald City Law Firm PC
20935 S. 6th Avenue
Des Moines, Washington  98198
Phone: 206-706-2882
jason@jasonandersonlaw.com
*permission to e-sign issued on January 5, 2026.*



  *s/ Steve Karimi*
STEVE KARIMI
Attorney for Xiu Lan Cao,
Ying Luo, and Qiong Ju Li
Law Office of Steve Karimi
119 1st Avenue South, Ste. 500
Seattle, Washington  98104
Phone: 206-660-6200
karimilawseattle@gmail.col
*permission to e-sign issued on January 2, 2026.*

Third Consolidated Scheduling Order for Third-Party Claims - 3
*United States v. Yong Feng Wu, et al.,* CR22-048-JCC